MARIO QUINTANILLA # 1892523
ELLIS UNIT
1697 F.M. 980
Huntsville, TX. 77343

6-3-15

81,156-02

RE: Writ of Mandamus # WR-81,156-02
    Tr Ct No. 1390217-B

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

Dear Mr. Acosta

Once again I write you to inform your office of a change of my address

I am now assigned to the ELLIS UNIT at the above address.

Hopefully this is my last stop and that I will soon hear something concerning the writ I file 8 months ago with the District Clerk in Harris County TX.

Thank you Very much for your time.

Sincerely

Mario Quintanilla # 1892523

Pro-Se.

A copy of this letter has been mail out today to the District Clerk in Houston.